ELIZABETH SERVIS, Appellant, v. JOSEPH POLSTEIN, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HENRY G. HEINE, as Sole Executor, etc., of HENRIETTA L. HEINE, Deceased, Appellant, v. LEWIS B. AUSTIN, Individually and as Trustee, etc., of CHARLES B. AUSTIN, Deceased, and Others, Respondents.— Judgment affirmed, with costs. No opinion.. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SOLOMON HOFFMAN, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Dowling, J., dissents and votes to reverse the judgment of conviction upon the ground that, in his opinion, there is no evidence whatever that the defendant had knowledge either of the contents of the statement made on behalf of his corporation or that the statement was false.

In the Matter of the Transfer Tax upon the Estate of RICHARD F. ELY, Deceased.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SPOTSWOOD D. BOWERS, Appellant, v. FIFTH AVENUE AND SEVENTY-SEVENTH STREET CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FRANK IDONI and Another, as Administrators, etc., of ANGELINA IDONI, Deceased, Respondents, v. EDWARD BOKER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOHN F. MARONEY, Respondent, v. IDA H. FISHER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Clarke, P. J., dissents.

GEORGE N. BURKE, Respondent, v. NORTH BRANCH FIRE INSURANCE COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GEORGE N. BURKE, Appellant, v. PEOPLE'S NATIONAL FIRE INSURANCE COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Clarke, P. J., and Finch, J., dissent.

GEORGE N. BURKE, Appellant, v. FEDERAL UNION INSURANCE COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Clarke, P. J., and Finch, J., dissent.

MORRIS ARNHEIM, Respondent, v. SIMON E. HECHT and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Clarke, P. J., and Martin, J., dissent.

NATIONAL SURETY COMPANY, Respondent, v. FRIEDA HART, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.